

The following constitutes the order of the court.
Signed May 19, 2014

William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                        No. 14-41525 WJL

Lovell Kendrick,                             Chapter 13

        Debtor.
_____/

### MEMORANDUM REGARDING DEBTOR'S REQUEST TO CONTINUE MEETING OF CREDITORS

    The Court received the above-captioned debtor's request that it continue the Meeting of Creditors scheduled for May 15, 2014 in the above-captioned chapter 13 bankruptcy case. The Court is not the proper recipient of such a request; matters relating to Meetings of Creditors fall within the discretion of the case trustee.

**END OF MEMORANDUM**

COURT SERVICE LIST

Lovell Kendrick
2001 East 30th Street
Oakland, CA 94607

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566